IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark A. Becks,  Case No. 3:07 CV 1713

    Plaintiff,  MEMORANDUM OPINION AND ORDER

-vs-  JUDGE JACK ZOUHARY

Leonard J. Geiss, et al.,

    Defendants.

The Court has reviewed the Report and Recommendation of the Magistrate Judge (Doc No. 33) filed February 20, 2008. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the ten-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of issues covered in the report. *United States v. Sullivan*, 431 F.3d 976, 984 (2005).

The Court adopts the Magistrate Judge's Report and Recommendation (Doc. No. 33) granting the Motion for Judgment on the Pleadings (Doc. No. 18) and the Counterclaim (Doc. No. 10) is dismissed. The case is hereby referred back to Magistrate's docket for further proceedings.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
    JACK ZOUHARY
    U. S. DISTRICT JUDGE

    March 7, 2008